UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **DOOR SERVICE OF ILLINOIS, INC.,** | ) | Bankruptcy No. 15-26638 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 29, 2017 I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JOHN S BIALLAS
3 N 918 SUNRISE LANE
St. Charles, IL 60174

**VIA REGULAR MAIL**

DOOR SERVICE OF
ILLINOIS, INC.
2647 KETTLEHOOK DRIVE
ELGIN, IL 60124

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674

Akron Hardware
Consultants
1100 Killian Rd
Akron, OH 44312

Pat Shaw
RSM US LLP
1252 Bell Valley Rd.
Ste. 300
Rockford, IL  61108

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000